IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-00069-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KATRELL MARQUE JOYNER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's oral motion to continue his detention hearing. For good cause shown, Defendant's motion is **GRANTED**, and the detention hearing is continued to **October 20, 2010 at 10:00 a.m.** in the Courthouse Annex, Greenville, North Carolina.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 15th day of October, 2010.

_____
DAVID W. DANIEL
United States Magistrate Judge