# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                         **Crim. No. 4:10-CR-69-2D**

**KATRELL MARQUE JOYNER**

On July 16, 2019, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                       I declare under penalty of perjury that the foregoing is true and correct.

                                       /s/ Timothy L. Gupton  
                                       Timothy L. Gupton  
                                       Senior U.S. Probation Officer  
                                       310 New Bern Avenue, Room 610  
                                       Raleigh, NC 27601-1441  
                                       Phone: 919-861-8686  
                                       Executed On: February 23, 2022

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __28__ day of __February__, 2022.

                                         _/s/ Dever_  
                                         James C. Dever III  
                                         U.S. District Judge